In re Wiley, Henry, Jr.; Wiley, Mary Alice; Teachers’ Insurance Co., et al.; — • Defendant(s); Applying for Supervisory and/or Remedial Writs, Parish of Pointe Coupee, 18th Judicial District Court Div. C, No. 32,618; to the Court of Appeal, First Circuit, No. 99 CW 1250R.
Granted. Judgment of the trial court is reversed. Summary judgment is rendered in favor of relators. See Joseph v. Dickerson, 99-1046 c/w 99-1188 (La.1/19/00), 754 So.2d 912.
CALOGERO, C.J., and JOHNSON, J., would deny the writ.
LEMMON, J., would grant and docket.